```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 20674
   ROBERT LEE BATTIE
   JEANETTE BATTIE                            CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-5146     SSN XXX-XX-6267

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/27/2004 and was confirmed 07/21/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   41.78%.

     The case was paid in full 05/22/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
CHASE CARD SERVICES        SECURED              300.00         3.00         300.00
CHASE CARD SERVICES        UNSECURED           1412.13          .00         589.76
HOMECOMINGS FINANCIAL      CURRENT MORTG     76333.62          .00       76333.62
SILVERLEAF LODGE           SECURED NOT I     NOT FILED         .00            .00
SILVERLEAF LODGE           UNSECURED         NOT FILED         .00            .00
INTERNAL REVENUE SERVICE   PRIORITY          20310.29       2549.30       20310.29
INTERNAL REVENUE SERVICE   PRIORITY          NOT FILED         .00            .00
ILLINOIS DEPT OF REVENUE   PRIORITY           2243.56        281.63        2243.56
ILLINOIS DEPT OF REVENUE   PRIORITY          NOT FILED         .00            .00
ROUNDUP FUNDING LLC        UNSECURED          1362.93          .00         569.21
AMERICAN ONLINE            UNSECURED         NOT FILED         .00            .00
AMOCO ASSOCIATES CREDIT    UNSECURED         NOT FILED         .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED          4290.98          .00        1792.08
BANK OF AMERICA            NOTICE ONLY       NOT FILED         .00            .00
B-FIRST LLC                UNSECURED          9048.32          .00        3783.10
ROUNDUP FUNDING LLC        UNSECURED          1236.22          .00         516.29
ECAST SETTLEMENT CORP      UNSECURED          1991.71          .00         831.82
CAPITAL ONE BANK           FILED LATE         2302.50          .00            .00
CAPITAL ONE BANK           FILED LATE         1054.09          .00            .00
CAPITAL ONE BANK           FILED LATE         2427.27          .00            .00
CAPITAL ONE BANK           FILED LATE          325.15          .00            .00
CARSON PIRIE SCOTT         UNSECURED           625.58          .00         261.27
CARSON PIRIE SCOTT         NOTICE ONLY       NOT FILED         .00            .00
ECAST SETTLEMENT CORP      UNSECURED          5791.75          .00        2418.87
RESURGENT ACQUISITION LL   UNSECURED           560.62          .00         234.14
ECAST SETTLEMENT CORP      UNSECURED          2621.91          .00        1095.01
ECAST SETTLEMENT CORP      UNSECURED          4614.63          .00        1927.25
RESURGENT CAPITAL SERVIC   UNSECURED          9124.09          .00        3814.78
CITY OF CHICAGO PARKING    UNSECURED           120.00          .00          50.12
CITY OF CHICAGO            NOTICE ONLY       NOT FILED         .00            .00
B-LINE LLC                 UNSECURED          9162.77          .00        3830.59
DIRECT MERCHANTS BANK      UNSECURED         NOT FILED         .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 20674 ROBERT LEE BATTIE & JEANETTE BATTIE
```

```
DISCOVER FINANCIAL SERVI  UNSECURED       6599.78              .00        2756.33
PORTFOLIO RECOVERY ASSOC  UNSECURED       7709.12              .00        3222.41
EXXON MOBIL               UNSECURED      NOT FILED             .00             .00
ECAST SETTLEMENT CORP     UNSECURED       5948.53              .00        2484.34
HOME DEPOT                UNSECURED      NOT FILED             .00             .00
JC PENNEY                 UNSECURED      NOT FILED             .00             .00
ECAST SETTLEMENT CORP     UNSECURED       1461.81              .00         610.51
OFFICE MAX CONSUMER CRED  UNSECURED      NOT FILED             .00             .00
ECAST SETTLEMENT CORP     UNSECURED       1601.60              .00         668.89
ECAST SETTLEMENT CORP     UNSECURED       5062.38              .00        2114.25
MARSHALL FIELDS           UNSECURED      NOT FILED             .00             .00
ROUNDUP FUNDING LLC       UNSECURED        789.43              .00         329.70
RESURGENT CAPITAL SERVIC  UNSECURED       1549.62              .00         647.18
RESURGENT CAPITAL SERVIC  UNSECURED       3585.43              .00        1497.42
RESURGENT ACQUISITION LL  UNSECURED        517.43              .00         216.10
US BANK/ELAN/RETAIL PAYM  UNSECURED       2095.51              .00         875.17
US BANK/ELAN/RETAIL PAYM  UNSECURED       4530.58              .00        1892.15
WAL MART                  UNSECURED      NOT FILED             .00             .00
WALMART                   NOTICE ONLY    NOT FILED             .00             .00
WAL MART                  UNSECURED      NOT FILED             .00             .00
WELLS FARGO FINANCIAL BA  UNSECURED       2360.45              .00         985.82
INTERNAL REVENUE SERVICE  UNSECURED       3180.56              .00        1328.33
ILLINOIS DEPT OF REVENUE  UNSECURED OTH   433.12               .00         180.87
PETER FRANCIS GERACI      DEBTOR ATTY     889.00                            889.00
TOM VAUGHN                TRUSTEE                                         8,340.84
DEBTOR REFUND             REFUND                                          6,177.53

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE           158,952.53

PRIORITY                                     22,553.85
    INTEREST                                  2,830.93
SECURED                                      76,633.62
    INTEREST                                      3.00
UNSECURED                                    41,523.76
ADMINISTRATIVE                                  889.00
TRUSTEE COMPENSATION                          8,340.84
DEBTOR REFUND                                 6,177.53
                  ---------------         ---------------
TOTALS            158,952.53                158,952.53
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 10/04/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```